B1040 (FORM 1040) (12/24)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK | CHRISTOPHER SHAWN STEWART aka CHRISTOPHER STEWART |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| MARK A. PINKSTON<br>Van Winkle, Buck, Wall, Starnes & Davis, P.A<br>PO Box 7376, Asheville, NC 28801 - (828) 258-2991 | TRAVIS SASSER<br>2000 Regency Parkway, Suite 230, Cary, NC 27518<br>(919) 319-7400 |

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☐ Debtor         ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor       ☐ Other<br>☐ Trustee | ☒ Debtor         ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor       ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint to determine dischargeability of debt under 11 U.S.C. 523(a)(2)(A) and 523(a)(2)(C)

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
- ☐ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(f) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(h) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
- ☐ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand  $52,358.41 |

Other Relief Sought

Determination of non-dischargeability of debt and other relief related thereto

B1040 (FORM 1040) (12/24)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>CHRISTOPHER SHAWN STEWART | BANKRUPTCY CASE NO.<br>24-03927-5-PWM | |
| DISTRICT IN WHICH CASE IS PENDING<br>Eastern District of North Carolina | DIVISION OFFICE<br>Raleigh | NAME OF JUDGE<br>Pamela W. McAfee |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br><br>February 7, 2025 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>Mark A. Pinkston | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

IN RE: CHRISTOPHER SHAWN STEWART,        CASE NO. 24-03927-5-PWM

                                     Chapter 7

                DEBTOR.                 Hon. Pamela W. McAfee

_____/

AMERICAN EXPRESS NATIONAL BANK,

                PLAINTIFF,         ADV. PROC. NO.

      vs.

CHRISTOPHER SHAWN STEWART
aka CHRISTOPHER STEWART,

                DEFENDANT.

_____/

## <u>COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT</u>

Plaintiff, American Express National Bank ("American Express"), by and through its counsel, hereby represents as follows:

1.      The Court has jurisdiction to hear this Complaint pursuant to 28 U.S.C. §157(a), (b)(1), (b)(2)(I) (core proceeding), §1334(b) and 11 U.S.C. §523(c).

2.      In accordance with Fed R. Bankr. P. 7008, American Express consents to the entry of final orders and judgments by this Court.

3.      On November 8, 2024, the Defendant, Christopher Shawn Stewart aka Christopher Stewart ("Defendant") filed a Chapter 7 petition, commencing the above case.

4.      American Express is the holder of a claim against the Defendant arising from card account number xxxx-xxxxxx-x3005 ("the Account").

5.      The Account was opened by the Defendant in October of 2017.

6.      The balance of the Account as of the date of filing the Chapter 7 petition was $52,617.35.  The current balance is $52,538.41.

7.      The terms and conditions of the Account Agreement between the Defendant and American Express call for the payment of reasonable costs, including attorneys' fees, expended by American Express in the collection of the Account, which is hereby requested in the following cause.

## CAUSE

8.      Paragraphs 1 through 7 are hereby repeated and incorporated as if fully set forth herein.

9.      Between September 24, 2024, and October 23, 2024, the Defendant incurred thirty-one (31) charges totaling $26,974.41 on the Account for goods and services.

10.     Of the charges referenced in Paragraph 9, one (1) charge in the amount of $15,214.00 was incurred for legal services at SASSER LAW FIRM, in NC.

11.     Of the charges referenced in Paragraph 9, four (4) charges totaling $3,386.48 were incurred at AMERICAN AIRLINES, in TX.

12.     Of the charges referenced in Paragraph 9, one (1) charge in the amount of $2,959.81, was incurred at ROYALCARIBBEAN.COM, in FL.

13.     Of the charges referenced in Paragraph 9, one (1) charge in the amount of $1,652.55 was incurred at LOWES.COM, in NC.

14.     Of the charges referenced in Paragraph 9, two (2) charges totaling $920.00 were incurred at PAYPAL *WESTONSLAND WESTON'S LANDS, in NC.

15.     Of the charges referenced in Paragraph 9, one (1) charge in the amount of $841.00 was incurred at GLASS AMERICA, INC, in IL.

16.     Of the charges referenced in Paragraph 9, one (1) charge in the amount of $396.83 was incurred at LAB SERIES, in NY.

17.     All of the charges referenced in Paragraph 9 for goods and services were incurred on or within ninety (90) days of the filing of the bankruptcy petition, total more than $800.00 and some or all of the debt is for luxury goods and services and therefore may be presumed non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(C).

18.     As noted above, the Defendant made a charge to Sasser Law Firm on October 20, 2024.  Sasser Law Firm represents the Defendant in bankruptcy. Of the charges referenced in Paragraph 9, charges totaling $9,835.63 were incurred after October 20, 2024.

19.     Prior to incurring the transactions referenced in Paragraph 9, the Account has a previous balance of $27,328.01. The balance was paid down to zero by three (3) payments in the amounts of $500.00, $1,800.00 and $25,028.01. The payment in the amount of $25,028.01 was returned by the bank.

20.     The terms and conditions of the Account Agreement between the Defendant and American Express call for a minimum payment toward the charges due on the Account upon receipt of the monthly billing statement.

21.     No payments were made towards the transactions referenced in Paragraph 9.

22.     Any payments would have been applied in accordance with the terms and conditions of the Account Agreement for the Account between the Defendant and American Express.

23.     The Account incurred interest fees totaling $696.35.

24.     The Account incurred late payments fees totaling $679.00.

25.     The Account was credited $760.72.

26.     The Account incurred a post-petition credit in the amount of $258.94.

27.     Attached hereto as Exhibit "A" is the relevant portion of the Account statements which reflect the charges, fees, and credits alleged in this Complaint.

28.     Each and every time the Defendant incurred a charge or transaction, he was making an implied representation to American Express of his intent to repay the debt pursuant to the terms of the Account Agreement for the Account.

29.     However, American Express avers that when the Defendant made these representations, he knew they were false, or alternatively, they were made with such reckless disregard for the truth as to constitute willful misrepresentations.

30.     When the Defendant obtained the goods and services identified in Exhibit "A," he knew or reasonably should have known of his inability to repay the debt such that he was aware of the falsity of his representations to American Express.

31.     According to Schedule F of the bankruptcy petition, the Defendant has $1,564,153.93 in unsecured, nonpriority debt, of which $268,260.82 appears to be credit/charge card debt.

32.     According to Schedule I of the bankruptcy petition, the Defendant's current monthly income is $13,409.97.

33.     According to Schedule J of the bankruptcy petition, the Defendant's current monthly expenses total $10,041.01; this figure does not include payment on any credit card debt of the Defendant.

34.     American Express asserts that, at the time the Defendant incurred the charges on the Account, subjectively, he did not intend to honor his obligation to American Express to satisfy the Account.

35.     The account activity at issue in Exhibit "A" represents a sudden change in Defendant's buying habits on the Account.

36.     The Defendant has a certain level of financial sophistication as evidenced by the fact that he pays a mortgage, pays for utilities, pays for vehicles, and has maintained and used multiple credit/charge card accounts.

37.     The Defendant made multiple charges on seven (7) separate days.

38.     The balance on the Account in the amount of $52,358.41 was incurred by the Defendant with knowledge of his inability to repay it.

39.     The balance on the Account in the amount of $52,358.41 was incurred by the Defendant without the intent to repay it.

40.     The Defendant made the misrepresentations with the intention and purpose of deceiving American Express.

41.     At the time of posting the above-referenced charges to the Account, the Defendant was a cardmember in good standing and had a credit history with American Express, such that, American Express justifiably relied on the Defendant's misrepresentations as to his intent to repay them.

42.     As a proximate result of extending credit based on the Defendant's misrepresentations, American Express has sustained loss and damage in the amount of $52,358.41.

43.     The balance on the Account in the amount of $52,358.41 was obtained through false pretenses, a false representation, or actual fraud by the Defendant.

44.     For the reasons set forth above, $52,358.41 is nondischargeable pursuant to 11 U.S.C. §§523(a)(2)(A) and 523(a)(2)(C).

WHEREFORE, Plaintiff, American Express National Bank, prays this Honorable Court for a nondischargeable judgment pursuant to 11 U.S.C. §§523(a)(2)(A) and 523(a)(2)(C) against Defendant, Christopher Shawn Stewart aka Christopher Stewart in the amount of $52,358.41 on the Account, plus reasonable attorneys' fees and costs, and for any such further relief as the Court may deem appropriate.

Respectfully submitted,

Attorneys for Plaintiff

DATED: February 7, 2025        By:    /s/ Mark Pinkston
                                       Mark Pinkston NC Bar #16789
                                       The Van Winkle Law Firm
                                       11 North Market Street
                                       Asheville, NC 28801
                                       Telephone: (828) 771-1037
                                       Email: mpinkston@vwlawfirm.com

## Delta SkyMiles® Reserve Card

p. 1/7

**CHRISTOPHER STEWART**
Closing Date 10/25/24
Account Ending ▆3005

**ΔDELTA**
**SKYMILES**

**Customer Care:** 1-866-391-1424
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$27,481.72** |
| **Minimum Payment Due** | **$901.62** |
| **Payment Due Date** | **11/19/24** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 11/19/24, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 31 years | $93,891 |
| $1,164 | 3 years | $41,901 (Savings = $51,990) |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section.

**Delta SkyMiles®**
Miles Earned this Period

**25,990**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

### Account Summary

| | |
|---|---|
| Previous Balance | $27,328.01 |
| Payments/Credits | -$28,088.73 |
| New Charges | +$26,974.71 |
| Fees | +$679.00 |
| Interest Charged | +$588.73 |

| | |
|---|---|
| **New Balance** | **$27,481.72** |
| **Minimum Payment Due** | **$901.62** |

| | |
|---|---|
| Credit Limit | $27,000.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $1,900.00 |
| Available Cash | $0.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon** Do not staple or use paper clips

 **Pay by Computer** americanexpress.com/pbc

 **Pay by Phone** 1-800-472-9297

**Account Ending** ▆3005

Enter 15 digit account # on all payments. Make check payable to American Express.

CHRISTOPHER STEWART
5612 WADE PARK BLVD
RALEIGH NC 27607-6022

Payment Due Date
**11/19/24**

New Balance
**$27,481.72**

Minimum Payment Due
**$901.62**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____.____
**Amount Enclosed**

ՍՍՍՍՍ.ՍՍՍ.ՍՍ.ՍՍ.ՍՍՍՍ.ՍՍ

21  ⊣

**EXHIBIT A**

CHRISTOPHER STEWART   Account Ending ■3005   p. 2/7

---

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

---

## Change of Address, phone number, email

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

### Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A



### Delta SkyMiles® Reserve Card

CHRISTOPHER STEWART
Closing Date 10/25/24



**DELTA SKYMILES**

p. 3/7

Account Ending ▮ 3005

|  **Customer Care & Billing Inquiries** | |
|---|---|
| International Collect | **1-866-391-1424** |
| Cash Advance at ATMs Inquiries | 1-336-393-1111 |
| **Large Print & Braille Statements** | 1-800-CASH-NOW |
| | **1-866-391-1424** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-866-391-1424**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

---

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$27,328.01 |
| Credits | -$760.72 |
| **Total Payments and Credits** | **-$28,088.73** |

### Detail    *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 09/27/24* | MOBILE PAYMENT - THANK YOU | -$500.00 |
| 09/27/24* | MOBILE PAYMENT - THANK YOU | -$1,800.00 |
| 10/20/24* | MOBILE PAYMENT - THANK YOU | -$25,028.01 |

| Credits | | Amount |
|---|---|---|
| 10/23/24 | AplPay LOWES.COM | -$760.72 |
| | 1-800-445-6937      NC | |
| | 800-445-6937 | |
| | STORE # 0907 PHONE # 800-445-6937 | |
| | DATE: 2024-10-23 PO # | |
| | INVOICE # 75232 | |
| | TAX: 54.22 TOTAL: 760.72 | |

---

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$26,974.71** |

### Detail

 **CHRISTOPHER STEWART**
Card Ending ▮ 3005

| | | | | Amount |
|---|---|---|---|---|
| 09/24/24 | AplPay UNION 76 09476862<br>UNION 76 | RALEIGH | NC | $2.56 |
| 09/25/24 | NETFLIX.COM<br>CABLE & PAY TV | 866-579-7172 | CA | $16.61 |
| 09/25/24 | VENMO  *KELLY STEWART<br>8558124430 | 8558124430 | NY | $113.30 |
| 09/30/24 | AplPay HARRIS TEETER<br>9197818776<br>GROCERY STORES | RALEIGH | NC | $67.35 |
| 10/01/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.71 |

Continued on reverse

EXHIBIT A

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 10/02/24 | SEAWORLD PARKS&ENT SEASON<br>11197 32821 | ORLANDO | FL | $56.50 |
| 10/02/24 | WWP*HOMETEAM PEST DEFENSE 000000031<br>8774617378 | DALLAS | TX | $121.60 |
| 10/03/24 | SIRIUS XM RADIO INC.<br>RADIO SERVICE | 888-635-5144 | NY | $74.18 |
| 10/04/24 | RO HEALTH<br>+18887988686 | NEW YORK | NY | $299.00 |
| 10/07/24 | GLASS AMERICA, INC. 925700000019992<br>CAROLE.LASTER@GLASSUSA.CO | ELMHURST | IL | $841.00 |
| 10/12/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.71 |
| 10/13/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $2.99 |
| 10/14/24 | ROKU FOR PEACOCK TV LLC<br>CABLE & PAY TV | WILMINGTON | DE | $8.57 |
| 10/14/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $12.86 |
| 10/16/24 | EXPRESSVPN.COM<br>+13106018492 | WILMINGTON | DE | $12.95 |
| 10/16/24 | PAYPAL *WILLIAMS.SHELTON<br>4029357733 | 4029357733 | NC | $210.00 |
| 10/17/24 | PELOTON* MEMBERSHIP<br>+18666799129 | NEW YORK CITY | NY | $47.19 |
| 10/19/24 | AplPay M & M CONCESSIONS, INC. 0000<br>727-776-3648 | ZEPHYRHILLS | FL | $17.00 |
| 10/20/24 | SASSER LAW FIRM<br>9193197400 | 919-3197400 | NC | $15,214.00 |
| 10/21/24 | HARRIS TEETER<br>9197818776<br>GROCERY STORES | RALEIGH | NC | $273.02 |
| 10/21/24 | #15 WAKE COUNTY ABC BO<br>919-832-2726 | CARY | NC | $133.64 |
| 10/21/24 | PAYPAL *WESTONSLAND WESTON'S LANDS<br>4029357733 | 4029357733 | NC | $460.00 |
| 10/21/24 | PAYPAL *WESTONSLAND WESTON'S LANDS<br>4029357733 | 4029357733 | NC | $460.00 |
| 10/22/24 | RoyalCaribbean.com<br>TRANSPORTATION SERVICES | (866)562-7625 | FL | $2,959.81 |
| 10/22/24 | VENMO *KELLY STEWART<br>8558124430 | 8558124430 | NY | $113.30 |
| 10/23/24 | AMERICAN AIRLINES<br>American Airlines | 800-433-7300 | TX | $159.13 |

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| RALEIGH/DURHAM | LOS ANGELES INTERN | AA | O |
| | NADI | FJ | O |
| | LOS ANGELES INTERN | FJ | O |
| | CHARLOTTE | AA | O |

Ticket Number: 0010612747600          Date of Departure: 03/15
Passenger Name: STEWART/AMY
Document Type: PREFERRED SEAT UPGRADE

Continued on next page

4

EXHIBIT A

**Delta SkyMiles® Reserve Card**



p. 5/7

CHRISTOPHER STEWART
Closing Date 10/25/24

Account Ending ▮3005

---

| **Detail Continued** | |
|---|---|

| | | | | | **Amount** |
|---|---|---|---|---|---|

| 10/23/24 | AMERICAN AIRLINES | | 800-433-7300 | TX | $1,534.11 |
|---|---|---|---|---|---|
| | American Airlines | | | | |
| | From: | To: | Carrier: | Class: | |
| | RALEIGH/DURHAM | LOS ANGELES INTERN | AA | O | |
| | | NADI | FJ | O | |
| | | LOS ANGELES INTERN | FJ | O | |
| | | CHARLOTTE | AA | O | |
| | Ticket Number: 0012186045674 | | Date of Departure: 03/15 | | |
| | Passenger Name: STEWART/AMY | | | | |
| | Document Type: PASSENGER TICKET | | | | |
| 10/23/24 | AMERICAN AIRLINES | | 800-433-7300 | TX | $1,534.11 |
| | American Airlines | | | | |
| | From: | To: | Carrier: | Class: | |
| | RALEIGH/DURHAM | LOS ANGELES INTERN | AA | O | |
| | | NADI | FJ | O | |
| | | LOS ANGELES INTERN | FJ | O | |
| | | CHARLOTTE | AA | O | |
| | Ticket Number: 0012186045672 | | Date of Departure: 03/15 | | |
| | Passenger Name: STEWART/CHRISTOPHER | | | | |
| | Document Type: PASSENGER TICKET | | | | |
| 10/23/24 | AMERICAN AIRLINES | | 800-433-7300 | TX | $159.13 |
| | American Airlines | | | | |
| | From: | To: | Carrier: | Class: | |
| | RALEIGH/DURHAM | LOS ANGELES INTERN | AA | O | |
| | | NADI | FJ | O | |
| | | LOS ANGELES INTERN | FJ | O | |
| | | CHARLOTTE | AA | O | |
| | Ticket Number: 0010612747599 | | Date of Departure: 03/15 | | |
| | Passenger Name: STEWART/CHRISTOPHER | | | | |
| | Document Type: PREFERRED SEAT UPGRADE | | | | |
| 10/23/24 | AplPay LOWES.COM | | 1-800-445-6937 | NC | $1,652.55 |
| | 800-445-6937 | | | | |
| | STORE # 0907 PHONE # 800-445-6937 | | | | |
| | DATE: 2024-10-23 PO # | | | | |
| | INVOICE # 77384 | | | | |
| | TAX: 110.55 TOTAL: 1652.55 | | | | |
| 10/23/24 | LAB SERIES | | NEW YORK | NY | $396.83 |
| | COSMETIC STORE | | | | |

---

| **Fees** | *Indicates posting date | |
|---|---|---|

| | | **Amount** |
|---|---|---|
| 10/23/24* | Returned Payment Fee | $29.00 |
| 10/25/24 | ANNUAL MEMBERSHIP FEE | $650.00 |
| **Total Fees for this Period** | | **$679.00** |

Continued on reverse

EXHIBIT A

## Interest Charged

| | | Amount |
|---|---|---|
| 10/25/24 | Interest Charge on Purchases | $588.73 |
| **Total Interest Charged for this Period** | | **$588.73** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $679.00 |
| Total Interest in 2024 | $3,848.47 |

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 08/14/2024 | | 29.49% (v) | $8,505.52 | $213.05 |
| Purchases | 05/14/2019 | 08/13/2024 | 25.49% (v) | $17,362.12 | $375.68 |
| Cash Advances | 10/04/2017 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$588.73** |

(v) Variable Rate

## Miles Earned

SkyMiles® Account Number: XXXXXX2943

▲DELTA
SKYMILES

| | Current Period | Year to Date |
|---|---|---|
| Miles Earned for Eligible Purchases | 25,990 | 74,373 |
| Total Bonus Miles Earned and Adjustments | 0 | 5,412 |
| **Total Miles Earned** | **25,990** | **79,785** |

EXHIBIT A

CHRISTOPHER STEWART          Closing Date 10/25/24          Account Ending ■ 3005

p. 7/7

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Cardmember Agreement

To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com**.

### Update to Fee Credit for Global Entry or TSA PreCheck®

**Effective October 1, 2024**, we are increasing the amount of the statement credit available to Delta SkyMiles® Reserve Card Members when they pay for the Global Entry application fee with their Cards. Delta SkyMiles® Reserve Card Members or Additional Card Members will be eligible to earn a $120 statement credit (increased from $100) every 4 years for the Global Entry application fee (to be increased from $100 to $120 on October 1, 2024) or up to $85 every 4.5 years for the TSA PreCheck® application fee (when applying through a TSA official enrollment provider). The charge for the application fee can be made by the Basic Card Member or any Additional Card Members on a single Card account, but no more than one credit across the account can be earned. Global Entry includes TSA PreCheck®. Additional terms apply, please visit **americanexpress.com/card-benefits/view-all/delta-reserve**.

*End of Important Notices.*

7

EXHIBIT A



### Delta SkyMiles® Reserve Card



p. 1/5

CHRISTOPHER STEWART
Closing Date 11/24/24
Account Ending ▮ 3005

**Customer Care:** 1-866-391-1424
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$52,617.35** |
| **Minimum Payment Due** | **$3,662.83** |
| Includes the past due amount of $2,055.46 | |
| **Payment Due Date** | **12/19/24** |

**To view your Delta SkyMiles® balance, visit delta.com**

### Account Summary

| | |
|---|---|
| Previous Balance | $27,481.72 |
| Payments/Credits | +$25,028.01 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$107.62 |
| **New Balance** | **$52,617.35** |
| **Minimum Payment Due** | **$3,662.83** |
| Credit Limit | $27,000.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $0.00 |
| Available Cash | $0.00 |

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 34 years | $149,475 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

(i) Your account is cancelled.

Please refer to the **IMPORTANT NOTICES** section.

**American Express® High Yield Savings Account**
No monthly fees. No minimum opening deposit. 24/7 customer support. Help meet your savings goals with an American Express High Yield Savings Account. Terms apply. Member FDIC. Learn more by visiting **americanexpress.com/save**

�︎ Please fold on the perforation below, detach and return with your payment ⇩

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending** ▮ 3005
Enter 15 digit account # on all payments.
Make check payable to American Express.

CHRISTOPHER STEWART
5612 WADE PARK BLVD
RALEIGH NC 27607-6022

Payment Due Date
**12/19/24**

New Balance
**$52,617.35**

Minimum Payment Due
**$3,662.83**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ . ____
**Amount Enclosed**

ᒣᑊ ᗡ

8

EXHIBIT A

CHRISTOPHER STEWART                     Account Ending ███ 3005                                    p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following

the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
**- Account information:** Your name and account number.
**- Dollar amount:** The dollar amount of the suspected error.
**- Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
**-** We cannot try to collect the amount in question, or report you as delinquent on that amount.
**-** The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
**-** While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**-** We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

**-** Online at **www.americanexpress.com/updatecontactinfo**
**-** Via mobile device
**-** Voice automated: call the number on the back of your card
**-** For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

**-** Avoid late fees
**-** Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A



**Delta SkyMiles® Reserve Card**
CHRISTOPHER STEWART
Closing Date 11/24/24

▲ DELTA
**SKYMILES**

p. 3/5

Account Ending ▮3005

| 📞 | **Customer Care & Billing Inquiries** | **1-866-391-1424** |
|---|---|---|
| | International Collect | 1-336-393-1111 |
| | Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| | **Large Print & Braille Statements** | **1-866-391-1424** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-866-391-1424**

| 💻 | **Website:** americanexpress.com |
|---|---|

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

---

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | $25,028.01 |
| Credits | $0.00 |
| **Total Payments and Credits** | **$25,028.01** |

### Detail    *Indicates posting date

| Payments | Amount |
|---|---|
| 10/20/24* | RETURNED CHECK/DECLINED BANK TRANSACTIONS | $25,028.01 |

---

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

---

## Interest Charged    *Indicates posting date

| | Amount |
|---|---|
| 10/31/24* | Debit Adjustment for Purchase Finance Charge | $19.20 |
| 10/31/24* | Debit Adjustment for Purchase Finance Charge | $88.42 |
| **Total Interest Charged for this Period** | **$107.62** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

---

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $679.00 |
| Total Interest in 2024 | $3,956.09 |

EXHIBIT A

## Interest Charge Calculation

Days in Billing Period: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 08/14/2024 | | 29.24% (v) | $0.00 | $0.00 |
| Cash Advances | 10/04/2017 | | 29.74% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |
| (v) Variable Rate | | | | | |

## Miles Earned

SkyMiles® Account Number: XXXXXX2943

△DELTA
SKYMILES

| | Current Period | Year to Date |
|---|---|---|
| Miles Earned for Eligible Purchases | 0 | 74,373 |
| Total Bonus Miles Earned and Adjustments | 0 | 5,412 |
| **Total Miles Earned** | **0** | **79,785** |

11                                                              EXHIBIT A

AMERICAN EXPRESS   CHRISTOPHER STEWART          Closing Date 11/24/24          p. 5/5
                                                                  Account Ending ■ 3005

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

12                                                    EXHIBIT A



### Delta SkyMiles® Reserve Card



p. 1/5

CHRISTOPHER STEWART
Closing Date 12/25/24
Account Ending ▊ 3005

**Customer Care:** 1-866-391-1424
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$52,358.41** |
| **Minimum Payment Due** | **$5,223.53** |
| Includes the past due amount of $3,626.95 | |
| **Payment Due Date** | **01/19/25** |

**To view your Delta SkyMiles® balance, visit delta.com**

### Account Summary

| | |
|---|---|
| Previous Balance | $52,617.35 |
| Payments/Credits | -$258.94 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| | |
|---|---|
| **New Balance** | **$52,358.41** |
| **Minimum Payment Due** | **$5,223.53** |

| | |
|---|---|
| Credit Limit | $27,000.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $0.00 |
| Available Cash | $0.00 |

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 33 years | $146,558 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

ⓘ Your account is cancelled.

Please refer to the **IMPORTANT NOTICES** section.

↓ Please fold on the perforation below, detach and return with your payment ↓


**Payment Coupon**
Do not staple or use paper clips


**Pay by Computer**
americanexpress.com/pbc


**Pay by Phone**
1-800-472-9297

**Account Ending** ▊ 3005

Enter 15 digit account # on all payments.
Make check payable to American Express.

CHRISTOPHER STEWART
5612 WADE PARK BLVD
RALEIGH NC 27607-6022

| | |
|---|---|
| Payment Due Date | **01/19/25** |
| New Balance | **$52,358.41** |
| Minimum Payment Due | **$5,223.53** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____
**Amount Enclosed**

⌶l⌐lⅠⅢ⌐lⅢ⌐lⅠ⌐ⅢⅠⅢ⌐ll  ㄹㅣ ㅓ

EXHIBIT A

CHRISTOPHER STEWART                    Account Ending ▮3005                                    p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
**- Account information:** Your name and account number.
**- Dollar amount:** The dollar amount of the suspected error.
**- Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
**-** We cannot try to collect the amount in question, or report you as delinquent on that amount.
**-** The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
**-** While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
**-** We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

**-** Online at **www.americanexpress.com/updatecontactinfo**
**-** Via mobile device
**-** Voice automated: call the number on the back of your card
**-** For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

**-** Avoid late fees
**-** Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

14                                                                          EXHIBIT A

 **Delta SkyMiles® Reserve Card**
CHRISTOPHER STEWART
Closing Date 12/25/24

▲ DELTA
SKYMILES™

Account Ending ▮3005

| 📞 **Customer Care & Billing Inquiries** | |
|---|---|
| International Collect | **1-866-391-1424** |
| Cash Advance at ATMs Inquiries | 1-336-393-1111 |
| **Large Print & Braille Statements** | 1-800-CASH-NOW |
| | **1-866-391-1424** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-866-391-1424**

💻 **Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

---

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | $0.00 |
| Credits | -$258.94 |
| **Total Payments and Credits** | **-$258.94** |

### Detail

| Credits | Amount |
|---|---|
| 11/26/24 AMERICAN AIRLINES 45107392 800-433-7300    TX<br>AMERICAN AIRLINES<br>Ticket Number: 0010612747599<br>Passenger Name: STEWART/CHRISTOPHER<br>Document Type: PASSENGER TICKET | -$129.47 |
| 11/26/24 AMERICAN AIRLINES 45107392 800-433-7300    TX<br>AMERICAN AIRLINES<br>Ticket Number: 0010612747600<br>Passenger Name: STEWART/AMY<br>Document Type: PASSENGER TICKET | -$129.47 |

---

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

---

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

Continued on reverse

EXHIBIT A

## 2024 Fees and Interest Totals Year-to-Date

|  | Amount |
|---|---|
| Total Fees in 2024 | $679.00 |
| Total Interest in 2024 | $3,956.09 |

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 08/14/2024 | | 28.99% (v) | $0.00 | $0.00 |
| Cash Advances | 10/04/2017 | | 29.49% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |

(v) Variable Rate

## Miles Earned

SkyMiles® Account Number:  XXXXXX2943

△ DELTA
SKYMILES

| | Current Period | Year to Date |
|---|---|---|
| Miles Earned for Eligible Purchases | -258 | 74,373 |
| Total Bonus Miles Earned and Adjustments | 0 | 5,412 |
| **Total Miles Earned** | **-258** | **79,785** |

16                                    EXHIBIT A

p. 5/5

**AMERICAN EXPRESS**  CHRISTOPHER STEWART  Closing Date 12/25/24  Account Ending ▮3005

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

17

EXHIBIT A