**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

IN RE: CHRISTOPHER SHAWN STEWART,   CASE NO. 24-03927-5-PWM
               Chapter 7
        DEBTOR.   Hon. Pamela W. McAfee

_____ /

AMERICAN EXPRESS NATIONAL BANK,

        PLAINTIFF,   ADV. PROC. NO.
               25-00033-5-PWM

   vs.

CHRISTOPHER SHAWN STEWART
aka CHRISTOPHER STEWART,

        DEFENDANT.

_____ /

## STIPULATION IN SETTLEMENT

   Plaintiff, American Express National Bank ("Plaintiff or "American Express") and Defendant, Christopher Shawn Stewart aka Christopher Stewart, ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

   1.  Judgment in the above matter shall be entered by the United States Bankruptcy Court against the Defendant and in favor of Plaintiff in the principal amount of $52,358.41 ("Judgment Amount"), and this sum is stipulated non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A) and (a)(2)(C). The Judgment Amount represents  the pre-petition balance owed to Plaintiff by the Defendant with regard to American Express account number xxxx-xxxxxx-x3005.

   2.  The Defendant may satisfy his obligation under this Stipulated Judgment by the payment of $21,500 (the "Settlement Amount") as follows: seventeen (17) consecutive monthly payments of $1,195.00, with a final payment in the eighteenth (18th) month of $1,185.00. The first payment shall be due on or before April 15th, 2025, with all subsequent payments being due

1

on or before the fifteenth (15th) day of each subsequent month.  If the Defendant pays the Settlement Amount in accordance with this Paragraph, the Judgment Amount shall be deemed satisfied.

3.      The Defendant shall submit all payments, made payable to AMERICAN EXPRESS directly c/o BECKET & LEE, LLP, P. O. BOX 3001, MALVERN, PA  19355, or at any future address designated by Plaintiff in writing. The Defendant shall reference the full Bankruptcy Case Number (24-03927-5-PWM) on all tendered payments.

4.      Plaintiff shall be allowed to contact the Defendant directly regarding payment and/or default under this Stipulated Judgment.  The Defendant understands that he must advise the Plaintiff in writing of any change of address or change of email address until the Judgment has been satisfied.  The Defendant's current mailing address is 5612 Wade Park Blvd, Raleigh, NC 27607-6022.

5.      The Defendant may prepay all or any portion of the Settlement Amount at any time without penalty, provided that, if for any reason, in any month, the Defendant pays more than the amount due for that month under this Stipulated Judgment, the Defendant shall continue to be obligated under this Stipulated Judgment to make the next monthly payment as scheduled. Any payment in excess of the amount required under this Stipulated Judgment shall shorten the Defendant's repayment schedule, but shall not, under any circumstances, entitle the Defendant to skip the next scheduled payment.

6.      If the Defendant should fall ten (10) days or more in arrears with respect to the Settlement Amount payment schedule herein, then Plaintiff shall be entitled to record and execute on the judgment entered by the Bankruptcy Court pursuant to this Stipulated Judgment (less any payments made to date by the Defendant) and may also add attorneys' fees and costs

incurred by Plaintiff from and after any such default in the pursuit and enforcement of its rights hereunder.

7.      Any payments becoming due after Defendant has defaulted on any monthly payment, or after Defendant has furnished insufficient funds to Plaintiff, shall thereafter be made in the form of money order or certified funds.

8.      Plaintiff remains entitled to distribution from the bankruptcy estate.  Any amounts received from the bankruptcy estate in combination with any monies paid by Defendant, which exceed the account balance, shall be returned to Defendant.

9       In the event that Defendant's bankruptcy case is dismissed or discharge is denied or revoked, Plaintiff shall remain entitled to recover the full account balance as of the petition date, less credit given for all amounts received hereunder.

10.     The Defendant agrees that the Judgment Amount will be nondischargeable in any future bankruptcy proceedings until the Judgment is paid in full or deemed satisfied pursuant to Paragraph 2 of this Stipulated Judgment.

11.     The Judgment herein shall be fully enforceable in all respects pursuant to the laws of the State of North Carolina, and/or the provisions of the United States Bankruptcy Court, and/or the law of any state of the United States.

WHEREFORE, the parties pray this Honorable Court for an Order approving the instant Stipulation in Settlement and closing the adversary proceeding.


By:     /s/ *MARK A. PINKSTON*
        Mark Pinkston NC BAR #16789
        The Van Winkle Law Firm
        11 North Market Street
        Asheville, NC 28801
        Telephone: (828) 771-1037
        Email: mpinkston@vwlawfirm.com
        Attorney for American Express National Bank


By:     /s/ *TRAVIS SASSER*
        Travis Sasser NC BAR #26707
        Sasser Law Firm
        2000 Regency Parkway, Suite 230
        Cary, NC 27518
        Telephone: (919) 319-7400
        Email: travis@sasserbankruptcy.com
        Attorney for Defendant